**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Burton Perlman
United States Bankruptcy Judge

**Dated: September 01, 2009**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 07-12460 |
| MORRIS A. JORDAN, SR. | CHAPTER 13 |
| DEBTOR | JUDGE BURTON PERLMAN |
| | **ENTRY GRANTING RELIEF UPON AFFIDAVIT OF DEFAULT** |

-----------------------------------------------------------------------------------------------------------------

This cause came to be heard upon the Affidavit submitted by the Movant, National Default Servicing, a servicing agent for U.S. Bank, pursuant to the Agreed Order for Relief from Stay filed July 12, 2009, upon Movant's Motion for Relief from Stay and agreements contained in said Agreed Order. The Court finds the Affidavit establishes that the Debtor has failed to make payments as stated in said Agreed Order filed on July 12, 2009 and therefore Movant is entitled to relief.

IT IS THEREFORE ORDERED, that the stay of execution imposed in the Court's Agreed Order shall be and is hereby lifted and the Movant is authorized to proceed with its foreclosure under its mortgage and appropriate state statutes.

###

**SUBMITTED BY:**

LAURITO & LAURITO LLC

/s/ Erin M. Laurito
_____
Jeffrey V Laurito (0014652)
Erin M. Laurito (0075531)
35 Commercial Way
Springboro, Ohio 45066
Phone 937-743-4878
Fax 937-743-4877
Attorneys for Movant

# CERTIFICATE OF MAILING

Morris A. Jordan, Sr., debtor
2145 Adams Road
Cincinnati, OH 45231
(served via US Mail)

Patrick J. Conway
Attorney for Debtor
Mark E. Godbey & Associates
708 Walnut Street
Suite 600
Cincinnati, OH 45202
(served via ECF Noticing)

Margaret A. Burks, Trustee
36 East Fourth Street #700
Cincinnati, OH 45202
(served via ECF Noticing)

Office of the U.S. Trustee
36 East Seventh Street #2030
Cincinnati, OH 45202
(served via ECF Noticing)

Erin M. Laurito
Jeffrey V. Laurito
Attorneys for Movant
35 Commercial Way
Springboro, OH 45066
(served via ECF Noticing)